THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JEFF BROWN and PERCY MORRIS, Appellants.

(Argued October 8, 1935; decided October 22, 1935.)

Edward W. McDonald and Abraham H. Brown for Jeff Brown, appellant.

Frederick J. Sullivan and Harry Elegant for Percy Morris, appellant.

William Copeland Dodge, District Attorney (Felix C. Benvenga and Philip A. Donahue of counsel), for respondent.

Judgment of conviction affirmed; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN and FINCH, JJ. Not voting: CROUCH, J.